# IN THE SUPREME COURT OF THE STATE OF NEVADA

CENTURY SURETY COMPANY, AS
INSURER OF BLUE STREAK AUTO
DETAILING, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF
NEVADA, IN AND FOR THE
COUNTY OF CLARK; AND THE
HONORABLE DOUGLAS W.
HERNDON, DISTRICT JUDGE,
Respondents,
and
LEE PRETNER AND DANA
ANDREW, AS LEGAL GUARDIANS
OF RYAN T. PRETNER; AND RYAN
T. PRETNER, INDIVIDUALLY,
Real Parties in Interest.

No. 74470

FILED

JAN 1 0 2018

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying petitioner's motion to set aside a default judgment entered against Blue Streak Auto Detailing, LLC, who petitioner insured. Having reviewed the petition and supporting documents, we are not persuaded that the district court arbitrarily or capriciously exercised its discretion in denying the motion so as to warrant our extraordinary and discretionary intervention. *Int'l Game Tech, Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial*

*Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991). Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Stiglich

cc:    Hon. Douglas W. Herndon, District Judge
       Gass Weber Mullins, LLC
       Cozen O'Connor
       Christian, Kravitz, Dichter, Johnson & Sluga
       Eglet Prince
       Eighth District Court Clerk